▋ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LYNDON D. GOODELL, Appellant.—▋

▋ Present—
Dillon, P. J., Boomer, Green, Pine and Balio, JJ.